1    UNITED STATES DISTRICT COURT
2    DISTRICT OF NEVADA

4    PHAN TINH,                                    Case No. 2:19-cv-01741-RFB-EJY
5        Petitioner,
                                                   **ORDER**
6        v.

7    JERRY HOWELL, *et al.*,
8        Respondents.

Phan Tinh, who is incarcerated at Nevada's Southern Desert Correctional Center and who is the petitioner in this habeas corpus action, has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1-1).

In light of the information provided in the application to proceed *in forma pauperis*, the Court finds that the petitioner is able to pay the $5 filing fee for this action.

**IT IS THEREFORE ORDERED** that the Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner will have 30 days from the date of this order to have the filing fee of five dollars ($5) sent to the Clerk of the Court. Failure to comply with this order will result in dismissal without prejudice of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send the petitioner two copies of this order. Petitioner must make the necessary arrangements to have a copy of this order and the check sent to the Court to pay the filing fee.

///
///
///
///
///

1

1      **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to correct the
2 docket for this action to reflect that the respondent warden's name is Jerry Howell.

     DATED this <u>18th</u> day of October, 2019.

                                                      RICHARD F. BOULWARE, II,
                                                      UNITED STATES DISTRICT JUDGE